No. 40233.—Protests 36693–G, etc., of Joseph, Inc., et al. (New York).

Opinion by Tilson, J. In accordance with stipulation of counsel the merchandise in question was held dutiable as follows: (1) fabrics or articles composed wholly or in chief value of artificial silk the same as those passed upon in Abstract 37230 at 60 percent under paragraph 31; (2) embroidered wearing apparel in part of lace or trimmings at 75 percent under paragraph 1430, *Glemby's* v. *United States*, (13 Ct. Cust. Appls. 533, T. D. 41397) followed; (3) artificial flowers the same as those passed upon in *Robinson-Goodman* v. *United States* (17 C. C. P. A. 149, T. D.

43473) at 60 percent under paragraph 1419; (4) silk wearing apparel or silk articles the same as those involved in Abstract 29972 at 60 percent under paragraph 1210; and (5) hats in chief value of straw the same as those passed upon in *Stern* v. *United States* (12 Ct. Cust. Appls. 514, T. D. 40701) at 50 percent under paragraph 1406.